ACCEPTED
12-17-00344-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/19/2018 11:56 AM
Pam Estes
CLERK

**IN THE TWELFTH COURT OF APPEALS**
**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/19/2018 11:56:35 AM
PAM ESTES
Clerk

**No. 12-17-00344-CV**

**Desmond Brandon, Sr., Individually and as Next Friend to D.B., Jr. and L.B., minor children**

*Appellants/Plaintiffs*

**vs.**

**Justin Thomas Ivie**

*Appellee/Defendant*

_____

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Adam B. Allen, attorney in good standing with the State Bar of Texas, and enters his appearance as counsel of record for Appellee/Defendant Justin Thomas Ivie in the above styled and number cause.

Respectfully submitted,

**WHITE ✦ SHAVER**
205 W. Locust Ave.
Tyler, Texas 75702
Telephone: 903/533-9447
Telefax: 903/595-3766

By: */s/ Adam B. Allen*
**ADAM B. ALLEN**
State Bar No. 24038738
AAllen@whiteshaverlaw.com

**ATTORNEYS FOR APPELLEE**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing was furnished to opposing counsel in accordance with the Federal Rules of Civil Procedure on this the 19th day of January, 2018.

/s/ Adam B. Allen
ADAM B. ALLEN